## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS DELTA DIVISION

| | |
|---|---|
| ARMIS ADVISORS, LLC, as Special Administrator and Personal Representative of the Estate of PEGGY LYNN EVANS, deceased, and JACKIE LYNN EVANS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BUNYOD KUSHNAZARAV, PAPER IMPEX USA, INC., RAPTOR AUTO SHIPPING, INC., and RPM FREIGHT SYSTEMS, LLC,<br><br>    Defendants,<br><br>DOUGLAS HANLON,<br>    Intervenor.<br><br>RPM FREIGHT SYSTEMS, LLC<br>    Third Party Plaintiff,<br>v.<br><br>ZAFAR ISRAILOV, an individual,<br>    Third Party Defendant. | Case No. 2:19-cv-143-JM |

**Consent Judgment and Order of Dismissal With Prejudice**

1

The parties to this action have reached a compromised settlement of all claims between all parties through the process of mediation. Among other consideration, a condition of the settlement is entry of a consent judgment against separate defendant Paper Impex USA, Inc. in favor of plaintiff in the amount of Seven Hundred Fifty Thousand Dollars ($750,000). Finding that all issues between all parties have been resolved through successful mediation, the court hereby orders the following:

1. A consent judgment is hereby ordered against Paper Impex USA, Inc. in favor of Plaintiff in the amount of Seven Hundred Fifty Thousand Dollars and No 100 ($750,000.00).

2. The complaint of Plaintiff is hereby dismissed with prejudice.

3. The cross claims of all Defendants and third-party complaint of RPM Freight Systems, LLC are hereby dismissed with prejudice.

**IT IS SO ORDERED this 3rd day of December, 2021.**

_____
HON. JAMES M. MOODY, JR.

APPROVED:

s/Michael P. Vanderford
Michael P. Vanderford
ANDERSON, MURPHY & HOPKINS, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202-2267
*Attorney for Defendant Paper Impex USA, Inc.*

s/T. Ryan Scott
T. Ryan Scott
BAILEY & OLIVER LAW FIRM
3606 Southern Hills Boulevard
Rogers, AR 72758
*Attorney for Armis Advisers, LLC as Special Administrator and Personal Representative of The Estate of Peggy Lynn Evans, deceased, And Jackie Lynn Evans, deceased*